No. 10–8679. RAMESES v. KERNAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8684. MARSHALL v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 10–8686. BUSBY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–8690. DESAVAGE v. LAWLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–8691. DRIVER v. VIRGA, ACTING WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8692. DICKERSON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–8693. DEAN v. TONI ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8725. WEST v. PALMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8743. D. G. v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 10–8753. AARON v. HARRIS, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–8754. ARMANT v. RADER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–8758. PATEL v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8799. BELL v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 10–8802. JANUARY v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.